Antonio Pasquale et al., Copartners, Trading as Antonio Pasquale & Son, Appellants, *v.* State of New York et al., Defendants; Patrick T. Coulter, Appellant, and Chas. Shutrump & Sons Company, Respondent.

Submitted January 3, 1938; decided January 11, 1938.

*Mack W. Terry* for motions.

No one opposed.

Motions granted and appeals dismissed, with costs and ten dollars costs of motions, unless appellants file and serve undertakings on appeals and pay ten dollars costs within ten days, in which event the motions are denied.